UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICKY ZINN, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> ILLINOIS DEPARTMENT OF REVENUE, ) <br> ) <br> Defendant. ) | No.: 07-cv-610-JPG |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on defendant Illinois Department of Revenue's ("IDOR") motion to strike Count II pursuant to Federal Rule of Civil Procedure 12(f) (Doc. 8). IDOR believes Count II is redundant of Count I. Zinn has responded to the motion (Doc. 10) asserting that while both Counts I and II are brought under Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C. § 2000e-5, they are distinct claims. Specifically, Count I attempts to plead a hostile environment claim based on race and Count II attempts to plead disparate treatment claim based on race.

Under Federal Rule of Civil Procedure 12(f), upon a motion or upon its own initiative, "the court may order stricken from any pleading any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." The burden on a motion to strike is upon the moving party. *See Vakharia v. Little Co. of Mary Hosp. & Health Care Ctrs*., 2 F. Supp. 2d 1028 (N.D. Ill. 1998).

The plaintiff is correct that the two counts pled in this case are not redundant but instead state two distinct Title VII claims. For that reason, the Court **DENIES** the motion to strike (Doc. 8).

**IT IS SO ORDERED.**
**DATED:  December 20, 2007**

                         s/ J. Phil Gilbert
                         **J. PHIL GILBERT**
                         **DISTRICT JUDGE**