UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICKY ZINN, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No.: 07-cv-610-JPG ) |
| ILLINOIS DEPARTMENT OF REVENUE, | ) ) |
| Defendant. | ) |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Illinois Department of Revenue and against plaintiff Ricky Zinn and that this case is dismissed with prejudice.

**DATED: October 14, 2008**         **NORBERT JAWORSKI, CLERK**

                                                            **s/Brenda K. Lowe/Deputy Clerk**

**Approved:**  s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**